GITLER et al., Respondents, v. RUSSIAN CO., Appellant. (Supreme Court, Appellate Division, First Department. February 20, 1903.) Action by Abraham Gitler and another against Russian Co. for Sea, etc., Ins. J. L. Bernstein, for appellant. A. D. Lind, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Appeal from order denying motion for reargument dismissed.

GOETSCHIUS, Respondent, v. HARLAM, Appellant. (Supreme Court, Appellate Division, First Department. January 23, 1903.) Action by John H. Goetschius against Edward H. Harlam. D. McCurdy, for appellant. W. R. Adams, for respondent. No opinion. Judgment and order affirmed, with costs.

GOLDBERG, Respondent, v. LONDON et al., Appellants. (Supreme Court, Appellate Division, First Department. February 20, 1903.) Action by Harris Goldberg against Reuben London and another. From an order amending plaintiff's summons herein, defendants appeal. Modified. C. C. Bernheimer, for appellants. A. H. Sarasohn, for respondent.

PER CURIAM. The order appealed from should be modified by striking out the provision awarding costs to the plaintiff, and granting the motion upon the payment of $10 costs by the plaintiff to the defendants, and as thus modified affirmed, with costs to the appellants.

VAN BRUNT, P. J. I dissent. I think that the order appealed from should be reversed on the ground that the court could never acquire jurisdiction by the service of a summons of the character of the one in the case at bar, notwithstanding the decisions to the contrary.

GOLUBACK, Respondent, v. ALMODO, Appellant. (Supreme Court, Appellate Division, Second Department. January 9, 1903.) Action by Myron E. Goluback against Gerardo D. Almodo. No opinion. Judgment of the Municipal Court reversed, on the ground that the remedy of the plaintiff is action for breach of contract, and not upon negligence. See Frank v. Mandel (App. Div., Second Department, Nov. 21, 1902) 78 N. Y. Supp. 855; Goldberg v. Besdine, Id. 776.

GOTHAM, Respondent, v. ROULSTON, Appellant. (Supreme Court, Appellate Division, Third Department. January 23, 1903.) Action by Mary L. Gotham against Reuben H. Roulston. No opinion. Motion denied, without costs to either party.

GRAHAM, Respondent, v. SYRACUSE CHILLED PLOW CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 6, 1903.) Action by Arthur H. Graham against the Syracuse Chilled Plow Company. No opinion. Judgment and order affirmed, with costs.

GRANT v. CITY OF ROCHESTER. (Supreme Court, Appellate Division, Fourth Department. January 27, 1903.) Action by J. Herbert Grant against the city of Rochester. No opinion. Motion for leave to appeal to the Court of Appeals granted.

GRANT v. MAYOR, ETC., OF CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. February 13, 1903.) Action by Frances E. Grant against the Mayor, etc., of City of New York. No opinion. Motion granted, with $10 costs.

In re GRANT AVE. (Supreme Court, Appellate Division, First Department. January 9, 1903.) In the matter of Grant avenue. No opinion. Motion denied, as leave does not seem to be necessary in cases of this description.

GREENE, Respondent, v. KNOX et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 23, 1903.) Action by J. Warren Greene against Charles H. Knox and others.

PER CURIAM. Motion for leave to appeal to the Court of Appeals granted, and the following questions certified: First. Does the complaint state facts sufficient to constitute a cause of action? Second. Has the plaintiff legal capacity to sue? Third. Have causes of action been improperly united in the complaint?

GRETSCHEL, Respondent, v. VOLKENING, Appellant. (Supreme Court, Appellate Division. Second Department. February 11, 1903.) Action by Joseph Gretschel against Otto Volkening. No opinion. Judgment and order unanimously affirmed, with costs.

GRETSCHEL, Appellant, v. VOLKENING, Respondent. (Supreme Court, Appellate Division, Second Department. February 11, 1903.) Action by Joseph Gretschel against Bertha Volkening.

PER CURIAM. Order setting aside the verdict and granting a new trial modified by inserting a provision requiring the defendant to pay the costs of the trial and all disbursements in the action to date, together with the costs of this appeal, all to be paid within 20 days from the entry of this order; otherwise order reversed, and judgment unanimously directed on the verdict, with costs, and costs of this appeal.

GROARKE, Appellant, v. LAEMMLE, Respondent. (Supreme Court, Appellate Division, First Department. February 6, 1903.) Action by Francis J. Groarke, an infant, against George Laemmle. S. R. Taylor, for appellant. D. Berier, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, on the authority of Turell v. Railroad Co., 46 App. Div. 296, 61 N. Y. Supp. 308.

GROSS, Appellant, v. CARROLL et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 23, 1903.) Action by Joseph Gross against Lawrence F. Carroll and Daniel J. Carroll. No opinion. Order affirmed, with $10 costs and disbursements.